Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOSEPH LAWRENCE KLEMENCIC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LAWRENCE KLEMENCIC,<br><br>                    Plaintiff,<br>     v.<br><br>BRIDGEPORT FINANCIAL, INC., D/B/A COLLECTAL ASSOCIATES, a California corporation,<br><br>                    Defendant. | Case No. C09-01684-PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, JOSEPH LAWRENCE KLEMENCIC, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JOSEPH LAWRENCE KLEMENCIC, hereby dismisses, with prejudice, all claims made by him against Defendant, BRIDGEPORT FINANCIAL, INC., D/B/A COLLECTAL ASSOCIATES, in his Complaint filed herein on April 16, 2009.  Plaintiff further notifies the Court that his dispute with Defendant has been settled.

                                                                        CONSUMER LAW CENTER, INC.

Dated:  June 30, 2009                              /s/ Fred W. Schwinn
                                                                        Fred W. Schwinn, Esq.
                                                                        Attorney for Plaintiff
                                                                        JOSEPH LAWRENCE KLEMENCIC